IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No. 12-CR-30127-MJR |
| | ) | |
| ANTHONY COLON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DESIGNATING MULTIPLE VICTIM CASE

REAGAN, District Judge:

This matter is before the Court on the application of the United States of America ("the Government") to designate this case a Multiple Victim case under the Justice for All Act of 2004, 18 U.S.C. § 3771. The Government has represented that there are thousands of victims of the purported fraud charged in the information and that formal compliance with all of the provisions of the Act would be impracticable.

Pursuant to 18 U.S.C. § 3771(d)(2), the Court **FINDS** that the number of crime victims makes it impracticable to accord all of the crime victims all of the rights described in § 3771(a). Therefore, the Court **GRANTS** the Government's motion (Doc. 4) and **ORDERS** that the notice and consultation requirements in subsections (2) and (5) of § 3771(a) may be met by establishing an Internet web page and updating the web page to provide notice of relevant events in the case. The Court determines that this procedure will give effect to the Act and not unduly complicate or prolong the proceedings.

IT IS SO ORDERED.

DATED May 27, 2012.

                                                s/ *Michael J. Reagan*
                                                Michael J. Reagan
                                                United States District Judge